JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRANDON CHE LEE,                     ) NO. CV 21-3697-DMG (KS)
             **Plaintiff,**        )
      **v.**                            )
                                  ) **ORDER AND JUDGMENT OF DISMISSAL**
MDC WARDEN, et al.,                  )
             **Defendants.**      )
_____ )

On April 29, 2021, Plaintiff, who is in custody at the Los Angeles Metropolitan Detention Center and proceeding *pro se*, filed a 26-page handwritten "criminal complaint" (the "Complaint"). [Doc. # 1.] The Complaint does not identify the relief Plaintiff seeks or the laws or constitutional provisions that Plaintiff believes have been violated. (*See generally id.*) Further, the Complaint consists primarily of allegations about unidentified kidnappers, allegations that inmates either poisoned Plaintiff's food or "fumbled [their] penis[es]" in front of him, and allegations that, when Plaintiff tried to call his family, he received an automated message informing him that his name and voice do not match.

As such, the Complaint violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted. *See* FED. R.

CIV. P. 8; *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) (complaint violates Rules 8 if a defendant would have difficulty understanding and responding to it); *see also* 28 U.S.C. § 1915A(b) (Congress requires district courts to dismiss civil rights complaints brought by prisoners if the court determines that the complaint, or any portion thereof, fails to state a claim upon which relief can be granted).

On April 29, 2021, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. [Doc. # 2] On May 21, 2021, after three weeks had passed and Plaintiff had not responded to the Court's notification, the Court ordered Plaintiff to show cause, no later than June 4, 2021, why the action should not be dismissed for failure to pay the filing fee or obtain authorization to proceed without prepayment of the fee. [Doc. # 4.]

Two months have now passed since the Court issued its April 29, 2021 notification, and nearly five weeks have passed since Plaintiff's June 4, 2021 deadline for paying the filing fee or filing a request to proceed without prepayment of the fee. To date, Plaintiff has not paid the filing fee or filed a request to proceed *in forma pauperis*.[1] In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED.

DATED: July 8, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has now filed nearly one dozen complaints involving similar allegations and ending in dismissal for failure to pay the fee or request to proceed IFP. *See, e.g., Brandon Che Lee v. Warden et al*, No. 2:20-cv-08588-DMG-KS (Nov. 30, 2020); *Brandon Che Lee v. Warden et al*, 2:20-cv-04787-DMG-KS (Aug. 4, 2020); *see also Brandon Che Lee v. Warden et al*, 2:20-cv-04787-DMG-KS at 2 n.1 (listing Plaintiff's complaints filed and dismissed prior to August 4, 2020).